**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eddie CHATMAN, Defendant–**
**Appellant.**

No. 02–50132.

D.C. No. CR–01–00674–SVW(1).

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Sept. 3, 2003.

Kim I. Meyer, esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, FPD, Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM **

Eddie Chatman appeals his guilty-plea conviction and 72–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Chatman has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Chatman has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.